No. 5151.  BASS *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 5152.  RASNICK *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 5158.  MEAD *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 5163.  MARNIN *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 5169.  HICKS *v.* WARDEN, NEW YORK CITY PENITENTIARY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 5173.  AMATO *v.* UNITED STATES BOARD OF PAROLE. C. A. 2d Cir.  Certiorari denied.

No. 5174.  SILVA-PALACIOS *v.* ATTORNEY GENERAL OF THE UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 5176.  BURRIS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 5177.  JACKSON *v.* OFFICIAL REPRESENTATIVES AND EMPLOYEES OF THE LOS ANGELES POLICE DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 5179.  CHAMBERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 5181.  ARRINGTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 5182.  VANSANT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 5184.  SWARTZ *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.  C. A. 6th Cir.  Certiorari denied.